IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHRISTI L. STRAUB, | § | NO. 5:22-CV-00213 |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| EQUIFAX INFORMATION | § | |
| SERVICES, LLC; FRST BANK & | § | |
| TRUST; AND DOES 1 THROUGH 100 | § | |
| INCLUSIVE | § | |
| | § | |
| Defendants. | | |

## ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE

The Court has before it the Voluntary Dismissals filed by Plaintiff Christi L. Straub ("Plaintiff"), filed October 25, 2022. (Dkts. ## 20, 21, 22.) After consideration, the Court is of the opinion that such Stipulation is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all claims and causes of action brought by Plaintiff against Defendants Equifax Information Services, LLC; First Bank & Trust; and Does 1 through 100 inclusive ("Defendants") in the above-captioned lawsuit are **DISMISSED** in their entirety **WITH** prejudice, and that, as between Plaintiff and Defendants, each will bear its own attorneys' fees and costs incurred in connection with the above-captioned lawsuit. The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

SIGNED this 3rd day of January, 2023.

1

_____

U.S. DISTRICT JUDGE
HONORABLE DAVID A. EZRA